In the Matter of the Application of JAMES DYER SPELLMAN for Admission to Practice as an Attorney and Counselor at Law. (From the States of Vermont and Michigan.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of WESTON VERNON, JR., for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of RICHARD WAYNE WILSON for Admission to Practice as an Attorney and Counselor at Law. (From the State of Montana.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of MILTON ZUCKER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.